# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )     **Docket No. 18-cv-02032** |
| | ) |
| **THE UNIVERSITY OF MEMPHIS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT MOTION FOR A SCHEDULING CONFERENCE

COMES NOW the Parties, the Plaintiff Jane Doe and the Defendant the University of Memphis, by and through their respective counsel, and file this Joint Motion for a Scheduling Conference. In support thereof, the Parties state as follows:

1. On March 19, 2019, Plaintiff filed her Second Amended Complaint. (ECF No. 45).

2. On March 19, 2019, Defendant filed its Motion to Dismiss for Failure to State a Claim, or in the Alternative, Motion for Summary Judgment. (ECF No. 46).

3. On March 28, 2019, a Scheduling Order was entered by this Honorable Court. (ECF No. 51). In the Scheduling Order, the Parties were to conduct mediation by June 20, 2019, and were to complete all discovery by November 21, 2019.

4. On June 13, 2019, the Parties filed a Joint Motion to Extend the ADR Deadline until forty-five (45) days after the Court rules on Defendant's Motion to Dismiss. (ECF No. 63). On that same date, this Honorable Court granted the Parties Joint Motion. (ECF No. 64).

5. On July 2, 2019, oral arguments on Defendant's Motion to Dismiss were held, after which, this Honorable Court took the matter under advisement. (ECF No. 66).

6. To date, Defendant has not filed an Answer to the Complaint, and its Motion to Dismiss remains pending. Further, the Parties ADR deadline has been indefinitely extended until such time as an Order on Defendant's Motion to Dismiss has been entered.

7. Pursuant to the existing Scheduling Order, all relevant discovery deadlines have passed. At this time, the Parties have not had a meaningful opportunity to conduct due to the status of the pleadings. Accordingly, the Parties respectfully request a scheduling conference so that a new scheduling order may be entered.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request this Court set a scheduling conference, and for any further relief to which the Parties may be entitled to.

Respectfully submitted:

*/s/ Brice M. Timmons*
BRICE M. TIMMONS, BPR No. 29582
MEGAN E. ARTHUR, BPR No. 25243
CHRISTOPHER M. WILLIAMS BPR No. 36256
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
901.762.0535
btimmons@blackmclaw.com
marthur@blackmclaw.com
cwilliams@blackmclaw.com

*Attorneys for Plaintiff*

/s/ David M. Rudolph
David M. Rudolph, BPR #13402
Assistant Attorney General
Robert W. Wilson, BPR #34492
Assistant Attorney General
Office of the Attorney General and Reporter
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: (901) 543-4162

Email: David.Rudolph@ag.tn.gov
Email: Robert.Wilson@ag.tn.gov

Matthew D. Janssen, BPR #035451
Assistant Attorney General
Office of the Attorney General and Reporter
UBS Tower, 18th Floor
P.O. Box 20207 Nashville, TN 37202-0207
Phone: (615) 741-7087 Matthew.Janssen@ag.tn.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF System, on this the 22nd day of November, 2019.

                 */s/ Brice M. Timmons*_____