# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

JANE DOE,

    Plaintiff,

v.                                                 Case No. 2:18-cv-02032-MSN-cgc

THE UNIVERSITY OF MEMPHIS,

    Defendant.

___

## ORDER GRANTING JOINT MOTION FOR SCHEDULING CONFERENCE
___

Before the Court is the parties' Joint Motion for a Scheduling Conference (ECF No. 67) filed November 22, 2019. The parties' Joint Motion is hereby **GRANTED**. The Court shall hold a scheduling conference on Friday, January 10, 2020 at 11:00 a.m. The parties shall submit a proposed amended scheduling order to the Court's ECF Inbox by Monday, January 6, 2020.

**IT IS SO ORDERED**, this 2nd day of December, 2019.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE